AO 241   (Rev. 5/85)

**05 -CV- 0170**
**DNH / GJD**

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District  Northern District of New York |
|---|---|
| Name  Shane E. Rittmiller | Prisoner No.  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   Case No.  0398CR514 |

Place of Confinement  Hampshire County Jail House of Corrections
205 Rocky Hill Road, Northampton, Massachusetts, 01061

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Shane Eugene Rittmiller | V.  Eastern Eastern Hampshire District Court 116 Russell Street, Hadley, ma., 01035 |

The Attorney General of the State of:

**PETITION    05-10587 PBS**

1. Name and location of court which entered the judgment of conviction under attack  Eastern Hampshire District Court; 116 Russell St.; Hadley, Massachusetts; 01035

2. Date of judgment of conviction  Pending

3. Length of sentence  _____

4. Nature of offense involved (all counts)  Larceny of a motor vehicle
   266/28/B

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
FEB 07 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK

6
3-21-05
R. Biss

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☑
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☐

RECEIPT # _____
AMOUNTS  N/A
SUMMONS ISSUED  N/A
LOCAL RULE 4.1  —
WAIVER FORM  (2)
MCF ISSUED  _____
BY DPTY. CLK.  M.P.
DATE  3/25/05

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
FEB 07 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

MAGISTRATE JUDGE  JGD

AO 241   (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____n/a_____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _United States District Court, Springfield, Massachusetts_

    (2) Nature of proceeding _~~Petech~~ Petition for writ of habeas corpus, in connection with Docket Number 0398CR514._

    (3) Grounds raised _New York State Incident Report 03-3439, property of Nonay Burack, is being heard at Eastern Hampshire District Court._

(3)

AO 241   (Rev. 5/85)

> On November twenty-six two thousand three, I, Shane E. Rittmiller, was summoned into court at Hadley, Massachusetts. This is in connection of Rensselaer County Sheriff's Office Report Number 03-3439.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐   No ☑

(5) Result _____

(6) Date of result _____

(b) As to any second petition, application or motion give the same information:

  (1) Name of court        n/a

  (2) Name of proceeding   _____

  (3) Grounds raised       _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐   No ☐

  (5) Result _____

  (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc.     Yes ☐   No ☑
  (2) Second petition, etc.    Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

> It appears Judge Michael Ponsor of the United States District Court in Springfield, Massachusetts does not read AO241a/17a to clearly, so I am filing in New York's Federal District Court.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _Eastern Hampshire District Court in Hadley, Mass., is prosecuting Rensselaer County Sheriffs Office Report 03-3439._

Supporting FACTS (state *briefly* without citing cases or law): _Same answer as in this petition's 11a._

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

(5)

AO 241 (Rev. 5/85)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

    *n/a*

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing

    *n/a*

    (b) At arraignment and plea _____

AO 241   (Rev. 5/85)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

*February 3, 2005*
Date

*Shane E. Rithmuller*
Signature of Petitioner

(7)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 0 7 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**Plaintiff**

Shane Eugene Rittmiller

v.

Eastern Hampshire District Court
Hadley, Massachusetts, 01035

**Defendant(s)**

**APPLICATION TO PROCEED WITHOUT FULL PREPAYMENT OF FEES; AFFIDAVIT AND AUTHORIZATION FORM**

CASE NUMBER: 0398CR514

05-CV-0170
DNH/GJD

I, Shane E. Rittmiller, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint / petition / motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes   ☐ No   (If "No" go to Part 2)

If "Yes" state the place of your incarceration: Hampshire County Jail House of Corrections; 205 Rocky Hill Rd.; Northampton, Mass.; 01061

Are you employed at the institution?   ☐ Yes   ☑ No

Do you receive any payment from same?   ☐ Yes:   ☑ No

**Notice to Inmates:**   **The Certificate portion of this affidavit must be completed.**

2. Are you currently employed?:   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take home salary or wages and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self employment   ☐ Yes   ☑ No

   b. Rent payments, interest or dividends   ☐ Yes   ☑ No

   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No

FORM F. 1

3-21-05

    d. Disability or workers compensation payments    ☐ Yes    ☒ No

    e. Gifts or inheritances    ☐ Yes    ☐ No

    f. Any other sources    ☐ Yes    ☐ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

4. Do you have any cash, checking or savings accounts? ☒ Yes    ☐ No

If "Yes" state the total amount. _Unknown_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or **any other assets?**    ☐ Yes    ☒ No

If "Yes" describe the property and state its value (attach additional sheets as necessary):

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_Feb 3, 2005_        _Duane E. Littmiller_
DATE                               SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by appropriate official at the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that **during the past six months** the applicant's average balance was $_____.

_____      _____
DATE                                 SIGNATURE OF AUTHORIZED OFFICER

FORM F. 2

*Enclosed a signed inmate account balance, from Hampshire County Jail House of Corrections, by Edward Wise; furthermore, I have sent a currently dated one also, 2/2/2005. Duane C Littmiller*

# Hampshire County Sheriff's Office



Account #:   1187
Account Name:   RITTMILLER, SHANE E.
Account Type:   C   Inmate Accounts
SSN:   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        Indigent:   No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/11/16 | 09:27 | CNTN | 89959 | 10005 | OID:100022653-ComisaryPurch-Re | -$0.06 | $0.00 | 41343 | Purch20041116092527 |
| 2004/11/09 | 09:40 | CNTN | 89207 | 99069 | OID:100022406-ComisaryPurch-Re | -$9.95 | $0.06 | 41343 | Purch20041109093849 |
| 2004/11/01 | 10:00 | DPCA | 88246 | C | Rittmiller | $10.00 | $10.01 | 41343 | F110104 |
| 2004/10/19 | 09:25 | CNTN | 86837 | 96627 | OID:100021946-ComisaryPurch-Re | -$0.03 | $0.01 | 41343 | Purch20041019092333 |
| 2004/10/12 | 09:53 | CNTN | 85997 | 95685 | OID:100021746-ComisaryPurch-Re | -$9.97 | $0.04 | 41343 | Purch20041012095212 |
| 2004/10/05 | 09:49 | CNTN | 85274 | 94887 | OID:100021604-ComisaryPurch-Re | -$0.35 | $10.01 | 41343 | Purch20041005093528 |
| 2004/10/05 | 09:05 | DPCA | 85200 | C | Mail | $10.00 | $10.36 | 41343 | F100504 |
| 2004/09/28 | 14:46 | CNTN | 84473 | 94025 | OID:100021439-ComisaryPurch-Re | -$2.10 | $0.36 | 41343 | Purch20040928144418 |
| 2004/09/27 | 10:34 | DPCA | 84256 | 9/16/04 | Commissary Refund | $0.35 | $2.46 | 41343 | F092404 |
| 2004/09/22 | 14:49 | CNTN | 83405 | 93103 | OID:100021254-ComisaryPurch-Re | -$1.91 | $2.11 | 41343 | Purch20040922144814 |
| 2004/09/21 | 15:55 | CNTN | 82946 | 92257 | OID:100021104-ComisaryPurch-Re | -$8.47 | $4.02 | 41343 | Purch20040921155308 |
| 2004/09/07 | 11:07 | CNTN | 82151 | 91241 | OID:100020866-ComisaryPurch-Re | -$27.53 | $12.49 | 41343 | Purch20040907100901 |
| 2004/09/03 | 13:57 | DPCA | 81940 | C | Rittmiller, M. | $40.00 | $40.02 | 41343 | F090304 |
| 2004/07/06 | 11:19 | CNTN | 75247 | 83135 | OID:100019240-ComisaryPurch-Re | -$0.16 | $0.02 | 41343 | Purch20040706103552 |
| 2004/07/02 | 10:13 | CNTN | 74974 | 82581 | OID:100019111-ComisaryRefund-R | $0.03 | $0.18 | 41343 | Purch20040702100446 |
| 2004/06/29 | 10:29 | CNTN | 74561 | 82331 | OID:100019111-ComisaryPurch-Re | -$0.13 | $0.15 | 41343 | Purch20040629102646 |
| 2004/06/15 | 10:44 | CNTN | 72996 | 80481 | OID:100018715-ComisaryPurch-Re | -$4.50 | $0.28 | 41343 | Purch20040615104301 |
| 2004/06/10 | 09:41 | DPCA | 72694 | C | return from hospital | $4.50 | $4.78 | 41343 | F061004 |
| 2004/04/15 | 15:17 | CNTN | 66503 | 73155 | OID:100017207-ComisaryRefund-R | $0.25 | $0.28 | 0 | Purch20040415150845 |
| 2004/04/13 | 09:30 | CNTN | 66005 | 72843 | OID:100017207-ComisaryPurch-Re | -$0.25 | $0.03 | 41014 | Purch20040413092907 |
| 2004/04/06 | 10:08 | CNTN | 65188 | 72111 | OID:100017106-ComisaryPurch-Re | -$10.02 | $0.28 | 41014 | Purch20040406100624 |
| 2004/03/29 | 11:58 | DPCA | 64285 | C | Rittmiller | $10.00 | $10.30 | 41014 | F032904 |
| 2003/12/22 | 11:23 | CNTN | 53003 | 59135 | OID:100014501-ComisaryPurch-Re | -$19.73 | $0.30 | 41014 | Purch20031222112214 |
| 2003/12/17 | 09:15 | DPCA | 52407 | C | Rittmiller, D. | $20.00 | $20.03 | 41014 | F12/17/03 |
| 2003/09/30 | 09:34 | CNTN | 43785 | 49295 | OID:100012554-ComisaryPurch-Re | -$0.37 | $0.03 | 41014 | Purch20030930093344 |
| 2003/07/25 | 07:41 | CNTN | 36714 | 41501 | OID:100011027-ComisaryRefund-R | $0.35 | $0.40 | 101474 | Purch20030724152237 |
| 2003/07/22 | 09:50 | CNTN | 36295 | 41401 | OID:100011027-ComisaryPurch-Re | -$0.35 | $0.05 | 101474 | Purch20030722093803 |
| 2003/06/24 | 12:57 | CNTN | 33722 | 62403 | Canteen | -$13.40 | $0.40 | 101474 | FC6/24/03 |
| 2003/06/17 | 08:42 | DPCA | 33037 | C | Booking in | $13.80 | $13.80 | 101474 | FD6/17/03 |

Printed:   2/2/2005        10:26        Page:   1



# Hampshire County Sheriff's Office

**Account #:** 1187
**Account Name:** RITTMILLER, SHANE E.
**Account Type:** C    Inmate Accounts
**SSN:** 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    **Indigent:** No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/11/16 | 09:27 | CNTN | 89959 | 10005 | OID:100022653-ComisaryPurch-Re | -$0.06 | $0.00 | 41343 | Purch20041116092527 |
| 2004/11/09 | 09:40 | CNTN | 89207 | 99069 | OID:100022406-ComisaryPurch-Re | -$9.95 | $0.06 | 41343 | Purch20041109093849 |
| 2004/11/01 | 10:00 | DPCA | 88246 | C | Rittmiller | $10.00 | $10.01 | 41343 | F110104 |
| 2004/10/19 | 09:25 | CNTN | 86837 | 96627 | OID:100021946-ComisaryPurch-Re | -$0.03 | $0.01 | 41343 | Purch20041019092333 |
| 2004/10/12 | 09:53 | CNTN | 85997 | 95685 | OID:100021746-ComisaryPurch-Re | -$9.97 | $0.04 | 41343 | Purch20041012095212 |
| 2004/10/05 | 09:49 | CNTN | 85274 | 94887 | OID:100021604-ComisaryPurch-Re | -$0.35 | $10.01 | 41343 | Purch20041005093528 |
| 2004/10/05 | 09:05 | DPCA | 85200 | C | Mail | $10.00 | $10.36 | 41343 | F100504 |
| 2004/09/28 | 14:46 | CNTN | 84473 | 94025 | OID:100021439-ComisaryPurch-Re | -$2.10 | $0.36 | 41343 | Purch20040928144418 |
| 2004/09/27 | 10:34 | DPCA | 84256 | 9/16/04 | Commissary Refund | $0.35 | $2.46 | 41343 | F092404 |
| 2004/09/22 | 14:49 | CNTN | 83405 | 93103 | OID:100021254-ComisaryPurch-Re | -$1.91 | $2.11 | 41343 | Purch20040922144814 |
| 2004/09/21 | 15:55 | CNTN | 82946 | 92257 | OID:100021104-ComisaryPurch-Re | -$8.47 | $4.02 | 41343 | Purch20040921155308 |
| 2004/09/07 | 11:07 | CNTN | 82151 | 91241 | OID:100020866-ComisaryPurch-Re | -$27.53 | $12.49 | 41343 | Purch20040907100901 |
| 2004/09/03 | 13:57 | DPCA | 81940 | C | Rittmiller, M. | $40.00 | $40.02 | 41343 | F090304 |
| 2004/07/06 | 11:19 | CNTN | 75247 | 83135 | OID:100019240-ComisaryPurch-Re | -$0.16 | $0.02 | 41343 | Purch20040706103552 |
| 2004/07/02 | 10:13 | CNTN | 74974 | 82581 | OID:100019111-ComisaryRefund-R | $0.03 | $0.18 | 41343 | Purch20040702100446 |
| 2004/06/29 | 10:29 | CNTN | 74561 | 82331 | OID:100019111-ComisaryPurch-Re | -$0.13 | $0.15 | 41343 | Purch20040629102646 |
| 2004/06/15 | 10:44 | CNTN | 72996 | 80481 | OID:100018715-ComisaryPurch-Re | -$4.50 | $0.28 | 41343 | Purch20040615104301 |
| 2004/06/10 | 09:41 | DPCA | 72694 | C | return from hospital | $4.50 | $4.78 | 41343 | F061004 |
| 2004/04/15 | 15:17 | CNTN | 66503 | 73155 | OID:100017207-ComisaryRefund-R | $0.25 | $0.28 | 0 | Purch20040415150845 |
| 2004/04/13 | 09:30 | CNTN | 66005 | 72843 | OID:100017207-ComisaryPurch-Re | -$0.25 | $0.03 | 41014 | Purch20040413092907 |
| 2004/04/06 | 10:08 | CNTN | 65188 | 72111 | OID:100017106-ComisaryPurch-Re | -$10.02 | $0.28 | 41014 | Purch20040406100624 |
| 2004/03/29 | 11:58 | DPCA | 64285 | C | Rittmiller | $10.00 | $10.30 | 41014 | F032904 |
| 2003/12/22 | 11:23 | CNTN | 53003 | 59135 | OID:100014501-ComisaryPurch-Re | -$19.73 | $0.30 | 41014 | Purch20031222112214 |
| 2003/12/17 | 09:15 | DPCA | 52407 | C | Rittmiller, D. | $20.00 | $20.03 | 41014 | F12/17/03 |
| 2003/09/30 | 09:34 | CNTN | 43785 | 49295 | OID:100012554-ComisaryPurch-Re | -$0.37 | $0.03 | 41014 | Purch20030930093344 |
| 2003/07/25 | 07:41 | CNTN | 36714 | 41501 | OID:100011027-ComisaryRefund-R | $0.35 | $0.40 | 101474 | Purch20030724152237 |
| 2003/07/22 | 09:50 | CNTN | 36295 | 41401 | OID:100011027-ComisaryPurch-Re | -$0.35 | $0.05 | 101474 | Purch20030722093803 |
| 2003/06/24 | 12:57 | CNTN | 33722 | 62403 | Canteen | -$13.40 | $0.40 | 101474 | FC6/24/03 |
| 2003/06/17 | 08:42 | DPCA | 33037 | C | Booking In | $13.80 | $13.80 | 101474 | FD6/17/03 |

Printed:    11/22/2004    12:53            Page

CLOSED, HABEAS

# U.S. District Court
## Northern District of New York [LIVE - Version 2.3] (Prisoner)
### CIVIL DOCKET FOR CASE #: 9:05-cv-00170-DNH-GJD

Rittmiller v. Eastern Hampshire District Court
Assigned to: Judge David N. Hurd
Referred to: Magistrate Judge Gustave J. DiBianco
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/07/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Shane Rittmiller**   represented by   **Shane Rittmiller**
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
Hampshire County Jail House of Corrections
205 Rocky Hill Road
Northampton, MA 01061
PRO SE

V.

**Respondent**

**Eastern Hampshire District Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2005 | 1 | PETITION for Writ of Habeas Corpus filed by Shane Rittmiller.(rjb, ) (Entered: 02/10/2005) |
| 02/07/2005 | 2 | IFP APPLICATION by Shane Rittmiller. (rjb, ) (Entered: 02/10/2005) |
| 03/08/2005 | 3 | ORDER TRANSFERRING CASE to District of Massachusetts. Signed by Judge Gustave J. DiBianco on 3/8/05. (rjb, ) (Entered: 03/08/2005) |

USDC FOR THE NORTHERN DISTRICT OF NEW YORK
[stamp - partially illegible certification by Clerk of the Court]

3-21-05
R. Bliss

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

SHANE E. RITTMILLER,

                     Petitioner,

    -v.-                                           9:05-CV-0170
                                                       [DNH][GJD]

EASTERN HAMPSHIRE DISTRICT COURT,

                     Respondent.
-----------------------------------------------------------

APPEARANCES:

SHANE E. RITTMILLER
Petitioner, *pro se*
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
Hampshire County Jail House of Corrections
205 Rocky Hill Road
Northampton, MA 01061

GUSTAVE J. DIBIANCO, MAGISTRATE JUDGE



**ORDER**

    In accordance with and pursuant to the authority of the provisions of 28 U.S.C. § 636(b), the Rules Governing Section 2254 cases in the U.S. District Courts, 28 U.S.C. fol. Section 2254 and Rule 72.3(c) of the Local Rules of Practice of this District, the Clerk of the Court has sent to the undersigned for review a petition for a writ of habeas corpus brought by Shane Rittmiller ("petitioner" or "Rittmiller") pursuant to 28 U.S.C. § 2254, together with an application to proceed *in forma pauperis*. Rittmiller is presently confined at the Hampshire County Jail House of Corrections, and has not paid the statutory filing fee required in order to maintain the instant action.

    The petition presently before the Court identifies the Eastern Hampshire District Court in Hadley, Massachusetts as the site of petitioner's trial and sentencing. *See*

docket no. 1.

Since the Eastern Hampshire District Court is located in the District of Massachusetts, this case is hereby transferred to the United States District Court for the District of Massachusetts. *See, e.g., Naum v. Brown*, 604 F.Supp. 1186, 1188 (E.D.N.Y. 1985) (habeas petition is to be transferred to judicial district in which conviction and sentencing of petitioner took place); 28 U.S.C. § 1406(a).

This Court makes no ruling as to petitioner's *in forma pauperis* application, thereby leaving that determination to the District of Massachusetts.

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk transfer this matter to the United States District Court for the District of Massachusetts pursuant to Local Rules 72.4(b) and 83.6 of this Court, and it is further

**ORDERED**, that the Clerk shall, upon the expiration of ten (10) days, mail to the Clerk for the District of Massachusetts: (i) a certified copy of this Order and of the docket entries in this case and (ii) the originals of all papers on file in this action with the exception of the instant Order, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on petitioner by regular mail.

Dated: March 8, 2005

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
CLERK

100 S. CLINTON STREET
P.O. BOX 7367
SYRACUSE, NEW YORK 13261-7367
(315) 234-8500

2005 MAR 24 P 1:24

March 21, 2005

Tony Anastas, Clerk
United States District Court
District of Massachusetts
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

05 - 10587 PBS

RE:   Rittmiller v. Eastern Hampshire District Court

Dear Sir:

   Pursuant to the Order of Magistrate Judge Gustave J. DiBianco dated March 8, 2005, the above-entitled action is hereby transferred to the District of Massachusetts. Enclosed herewith please find a certified copy of such Order, a certified copy of the docket entries and the original papers filed in the above action, except for such Order.

   Please indicate your receipt of the enclosed documents on the copy of this letter.

Very truly yours,

LAWRENCE K. BAERMAN, CLERK

By: *[signature]*

Renata Bliss, Paralegal

rjb
Encs.

Received by: _____
District of Massachusetts Case No. _____