```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

SHANE E. RITTMILLER,              )
                                  )
            Petitioner,           )
                                  )
       v.                         )
                                  )   C.A. No. 05-10587-PBS
EASTERN HAMPSHIRE DISTRICT        )
COURT,                            )
                                  )
            Respondent.           )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated August 1, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

August 2, 2005                          By the Court,

                                        /s/ Jeanette McGlamery
                                        Deputy Clerk