# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10587

Shane E. Rittmiller

v.

Eastern Hampshire District Court

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 21, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/21/05

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10587-PBS

Rittmiller v. Eastern Hampshire District Court  
Assigned to: Judge Patti B. Saris  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/24/2005  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Shane Rittmiller**          represented by    **Shane Rittmiller**  
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  
Hampshire County House of Correction

205 Rocky Hill Rd.  
Northampton, MA 01061  
PRO SE

V.

**Respondent**

**Eastern Hampshire District Court**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2005 | 4 | Case transferred in from Northern District of NY; Case Number 05-00170. Electronic file with documents numbered 1-3, certified copy of transfer order and docket sheet received. (Attachments: # 1 Application to Proceed IFP# 2 Docket Sheet from Northern District of NY# 3 Order of Transfer) (Patch, Christine) (Entered: 03/30/2005) |
| 03/24/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Patch, Christine) (Entered: 03/30/2005) |
| 08/01/2005 | 5 | Judge Patti B. Saris : ORDER entered. The Court has recently been informed that, in May 2005, Rittmiller was acquitted of the criminal charge at issue in his petition and released from the Hampshire County Jail and House of Corrections. Here, the Court cannot imagine any collateral consequences of legal significance that flow from the petitioner's pre-acquittal detention. Thus, Rittmiller's acquittal and release moot his request for habeas relief. Accordingly, the Court dismisses this action as moot and denies as moot the petitioner's application to proceed in forma pauperis. In the event that the information the Court received concerning Rittmiller's acquittal and release (from the custody he |

|  |  |  |
|---|---|---|
|  |  | contested in his petition) is inaccurate, the petitioner may, within forty-two (42) days of the date of this order, file a motion under Fed. R. Civ. P. 60(b)(6) for relief from judgment. (PSSA3, ) (Entered: 08/02/2005) |
| 08/02/2005 | 6 | Judge Patti B. Saris : ORDER entered. ORDER DISMISSING CASE. In accordance with the Memorandum and Order dated August 1, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety. (PSSA3, ) (Entered: 08/02/2005) |
| 10/03/2005 | 7 | NOTICE OF APPEAL as to 5 Order, by Shane Rittmiller. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/31/2005. (Attachments: # 1 Exhibit)(Patch, Christine) Modified on 10/17/2005 (Patch, Christine). (Entered: 10/17/2005) |