# MANDATE

# United States Court of Appeals
## For the First Circuit

USDC/MA
05-10587
Saris, J

No. 05-2613

SHANE RITTMILLER,

Petitioner, Appellant,

v.

EASTERN HAMPSHIRE DISTRICT COURT,

Respondent, Appellee.

Before

Torruella, Selya, and Lipez, <u>Circuit Judges</u>.

## JUDGMENT
Entered: December 29, 2005

By order entered on August 2, 2005, the district court dismissed petitioner's § 2254 petition, which attacked a state court proceeding. Petitioner had thirty days in which to appeal from that dismissal, see Fed. R. App. P. 4(a)(1), but his notice of appeal, which is dated September 30, 2005, was not filed within that thirty day period. Consequently, we dismiss the appeal as untimely.

<u>Dismissed</u>.

By the Court:
Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_____
**Deputy Clerk**

Date: 1/20/06

MARGARET CARTER
By:_____
Chief Deputy Clerk.

[cc: Shane Rittmiller, Susanne G. Reardon, AAG]